MAY M. GUGEL and Another, Appellants, v. EVERETT S. HISCOX and JESSE F. HISCOX, Respondents. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

GEORGE F. A. HAHN, as Administrator, etc., of AUGUST H. HAHN, Deceased, Appellant, v. BROOKLYN UNION GAS COMPANY, Respondent, — Appeal dismissed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

THOMAS C. HOBSON, Appellant, v. WILLIAM LINDER, Respondent.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements, on the authority of *Hempsted* v. *White Sewing Machine Co.* (134 App. Div. 575). Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

In the Matter of the Judicial Settlement of the Account of FREDERICK J. GREIFENSTEIN and FREDERICK HERB, as Executors, etc., of FRANK ROOS, Deceased. FREDERICK J. GREIFENSTEIN and FREDERICK HERB Individually and as Executors, etc., Appellants; ROSA ROOS and Others, Respondents.— Decrees of the Surrogate's Court of Kings county affirmed with costs. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ. concurred.

In the Matter of Proceedings Supplementary to Execution: GUSTAVE RADER & COMPANY, a Domestic Corporation, Respondent, v. SALVATORE BONIELLO, Defendant. LOUIS HUETHWOHL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

GILBERT E. LOPER, Respondent, v. LEWIS NIXON, Appellant.— Judgment reversed and new trial granted, costs to abide the event, upon the ground that defendant was entitled to submission to the jury of the question as to whether plaintiff was a *bona fide* holder of the note. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

FRANK MARCUS, Appellant, v. ABRAHAM COHEN and RAY COHEN, Respondents.— Order affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

BARBARA MASSA, Appellant, v. THOMAS F. LAWLOR, Respondent.— Order affirmed, with ten dollars costs and disbursements. If the plaintiff intends to prove a renewal of the agreement to marry arising from the course of conduct between the parties subsequent to the original promise, she may so state in her bill of particulars, and thereby comply with the order. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

LOUISE METZLER, as Administratrix, etc., of WILLIAM METZLER, Deceased, Respondent, v. THE LONG ISLAND RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.